

**FILED**

NOV 30 2011

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## UNITED STATES DISTRICT COURT
### for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. <u>Luis DeJesus-Lazu</u>                    Criminal No. <u>2:08cr000166</u>

### Waiver of Hearing to Modify Conditions
### of Probation

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation:

The defendant shall pay no less than $350 per month toward the satisfaction of the outstanding restitution balance. Said payments are to begin no later than October 5, 2011.

Witness: _____          Signed: _____
U.S. Probation Officer                                        Probationer

_____
08/30/11
Date

Respectfully,

_____
U.S. Probation Officer

### ORDER OF COURT

Considered and ordered this 29th day of Nov. , 20 11 and ordered filed and made a part of the records in the above case.

Place ___Norfolk, Virginia___

Date ___11/28/11___

_____
**United States District Judge**

PROB 49
(Mod.ED/VA-Rev. 03/04)